IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN COLLIER, | ) |
|     Plaintiff, | ) |
| v. | ) No.: 2:20-cv-00179- JTM-JEM |
| NATIONAL COMMUNITY REINVESTMENT COALITION, | ) |
|     Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by their respective counsel, hereby stipulate to dismiss this matter with prejudice, pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own costs and attorneys' fees.

| GOODIN ABERNATHY, LLP | LAW OFFICE OF PAUL STRAUSS |
|---|---|
| */s/ Christopher E. Clark* | */s/ Paul L. Strauss (w/consent)* |
| Christopher E. Clark, #18577-29 | Paul L. Strauss, #61814-36 |
| *Attorney for Defendant* | *Attorney for Plaintiff* |
| 301 East 38th Street | 5525 S. Woodlawn Avenue |
| Indianapolis, IN 46205 | Chicago, IL 60637 |
| cclark@goodinabernathy.com | pstr1968@gmail.com |